Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Lincoln Woods Apartments, LLC

Scott N. Johnson, Esq., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA  95608
Telephone:  916-485-3516
Facsimile:  916-481-4224

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>              Plaintiff,<br><br>     vs.<br><br>LINCOLN WOODS APARTMENTS, LLC,<br><br>              Defendants. | Case No. **2:10-cv-02738-GEB-GGH**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JANUARY 31, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

 Pursuant to Local Rule 144, Plaintiff Scott N. Johnson and Defendant, Lincoln Woods Apartments, LLC by and through their respective attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until January 31, 2011 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than January 31, 2011.

IT IS SO STIPULATED effective as of December 23, 2010.

Dated:  December 23, 2010          /s/ Cris C. Vaughan
                                   Cris C. Vaughan,
                                   Attorney for Defendants,
                                   Lincoln Woods
                                   Apartments, LLC


Dated:  December 23, 2010          /s/ Scott N. Johnson
                                   Scott N. Johnson
                                   Attorney for Plaintiff

**IT IS SO ORDERED.**

**Date:  1/7/2011**

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge